**Richie Ray WALKER, Plaintiff–
Appellant,**

v.

**CALIFORNIA UNEMPLOYMENT
INSURANCE APPEALS BOARD,
Defendant–Appellee.**

No. 01–55456.

D.C. No. CV–01–00854–TJH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2002.*

Decided Feb. 25, 2002.

Before B. FLETCHER, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Richie Ray Walker appeals pro se the district court's order denying him leave to proceed in forma pauperis on the grounds that his complaint was frivolous. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion the district court's denial of leave to proceed in

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

forma pauperis, and we review de novo the district court's apparent determination that the complaint lacked arguable substance in law or fact. *Tripati v. First Nat'l Bank & Trust,* 821 F.2d 1368, 1369 (9th Cir.1987). We affirm.

Because Walker's complaint lacks any arguable basis in either law or fact, the district court properly denied leave to proceed in forma pauperis. *See id.; see also Wood v. Sargeant,* 694 F.2d 1159, 1161 (9th Cir.1982) (holding that an action against the California Unemployment Insurance Appeals Board is barred by the Eleventh Amendment).

The pending motion for summary judgment is denied.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.